■ In the Matter of PAUL E. KAST, Appellant, v DANIEL CASEY et al., Constituting the Board of Zoning Appeals of the Town of Oyster Bay, Respondent. — In a proceeding pursuant to CPLR article 78 to review the respondent's denial of a variance, petitioner appeals from a judgment of the Supreme Court, Nassau County (Meade, J.), dated June 28, 1983, which dismissed the petition. ¶ Judgment affirmed, without costs or disbursements. ¶ Special Term properly dismissed the petition as untimely served (Town Law, § 267, subd 7; see *Matter of Town of Clinton v Dumais*, 69 AD2d 836; cf. *Pagliaroli v Zoning Bd.*, 66 AD2d 997). Mangano, J. P., O'Connor, Boyers and Eiber, JJ., concur.